UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 3-1

| | |
|---|---|
| Asociación de Exportadores e Industriales de Aceitunas de Mesa;<br>Agro Sevilla Aceitunas S. Coop, And.;<br>Ángel Camacho Alimentación, S.L.;<br><br>                                 Plaintiffs,<br>v.<br><br>UNITED STATES,<br>                                 Defendant. | **SUMMONS**<br><br>**Court No.  24-00078** |

**TO:**     The Attorney General, the United States International Trade Commission

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                             **/s/ Mario Toscano**
                                             Clerk of the Court

1. Plaintiffs Asociación de Exportadores e Industriales de Aceitunas de Mesa; Agro Sevilla Aceitunas S. Coop. And., Angel Camacho Alimentación, S.L. participated in the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination.  Plaintiff are therefore an interested party within the meaning of 19 U.S.C. §1677(9)(A).

    ASEMESA is "a business association a majority of the members of which are producers, exporters, or importers of such merchandise". Agro Sevilla Aceitunas S. Coop. And., Angel Camacho Alimentación, S.L., are foreign producers and exporters of subject merchandise. Plaintiffs are therefore an interested party within the meaning of 19 U.S.C. §1677(9)(A).

    Accordingly, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. § 2631(c).

    _____
    (Name and standing of plaintiff)

2. Plaintiffs contests Commerce's determination as published in *Ripe Olives From Spain: Final Results of Countervailing Duty Administrative Review; 2021*, 89 Fed. Reg. 17,385 (Dep't of Commerce March 11, 2024) and accompanying Issues and Decision Memorandum dated March 5, 2024.
   _____
   (Brief description of contested determination)

3. March 5, 2024 (Date of Issues and Decision Memorandum)
   _____
   (Date of determination)

4. March 11, 2024 (89 Fed. Reg. 17,385)
   _____
   (If applicable, date of publication in Federal Register of notice of contested determination)


/s/ Matthew P. McCullough

Matthew P. McCullough

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373


*Counsel to Plaintiffs Asociación de Exportadores e Industriales de Aceitunas de Mesa; Agro Sevilla Aceitunas S. Coop. And., Ángel Camacho Alimentación, S.L.,*


April 10, 2024